An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

CARLINE VONGARDNER,
Appellant,
vs.
DANIEL JOHN VONGARDNER A/K/A
DANIEL JOHN GARDNER,
Respondents.

No. 62716

**FILED**

JUN 2 6 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

On February 28, 2013, this matter was docketed in this court without payment of the requisite filing fee. On that same day, this court issued a notice directing appellant to pay the filing fee within 10 days. The notice further advised that failure to pay the fee within 10 days would result in the dismissal of this matter. To date, appellant has not paid the filing fee.[1] Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:    Hon. T. Arthur Ritchie, Jr., District Judge, Family Court Division
Carline VonGardner
Mary D. Perry
Eighth District Court Clerk

_____

[1] On March 11, 2013, appellant informed this court by telephone that she had placed the filing fee in the mail. On March 18, 2013, appellant informed this court by telephone that she would be seeking to proceed in forma pauperis.

13 - 18747